**SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE INTEREST OF: L.A., A MINOR   :  No. 30 MM 2017
                 :
                 :
PETITION OF: H.A., FATHER        :

IN RE: ADOPTION OF: L.A., A MINOR   :  No. 31 MM 2017
                 :
                 :
PETITION OF: H.A., FATHER        :

## ORDER

**PER CURIAM**

      **AND NOW**, this 15th day of March, 2017, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.